**87-1907.** State, ex rel. Olen Corp., v. Court of Appeals for Franklin County. In Mandamus. Cause dismissed, upon application of counsel for relator, effective August 17, 1988.

**88-936.** State, ex rel. Payton, v. Beachwood City School Dist. Bd. of Edn. *Cuyahoga County,* No. 54829. Cause dismissed, upon application of counsel for appellant, effective August 17, 1988.

**88-1146.** State, ex rel. Custer, v. Jenkins. In Mandamus. Cause dismissed, upon application of relator, effective August 12, 1988.

## MOTION DOCKET

**88-1175.** Baez v. Ferro Corp. *Cuyahoga County,* No. 54823. On motion for stay. Motion granted.

**88-1445.** State, ex rel. AEI Group, Inc., v. Ohio Dept. of Commerce, Division of Securities. In Prohibition. On motion for alternative writ. Motion denied.

Douglas, J., dissents.

Locher and H. Brown, JJ., not participating.

## MISCELLANEOUS DISMISSALS

**88-747.** State v. Lindsay. *Montgomery County,* No. CA 10367. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-897.** State v. Constant. *Lake County,* No. 12-082. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-977.** State v. Dale. *Franklin County,* No. 87AP-981. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-994.** Schell v. Globe Trucking, Inc. *Ottawa County,* No. OT-87-27. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-1052.** State v. McAdams. *Cuyahoga County,* No. 53593. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-1181.** Interstate Brands Corp. v. D.L. Peterson Trust Co. *Franklin County,* No. 87AP-1178. Cause dismissed, on application of counsel for appellant, effective August 18, 1988.

**88-1193.** Lawyers Cooperative Publishing Co. v. Williams. *Morrow County,* No. CA-676. *Sua sponte,* cause dismissed for want of prosecution, effective August 18, 1988.

**88-1414.** Sandusky Nursing Home, Inc. v. Ohio Dept. of Human Serv. *Franklin County,* No. 88AP-621. Cause dismissed, on application of counsel for appellant, effective August 18, 1988.

**Wednesday, August 31, 1988**

## MERIT DOCKET

**87-844.** State, ex rel. Mundy, v. Records Office, Chillicothe Correctional Institute. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas, Wright and H. Brown, JJ., concur.

**88-499.** State, ex rel. Pike Cty. Republican Executive Committee, v. Brown. In Mandamus. On motion to vacate judgment. Motion denied.

Moyer, C.J., Locher, Holmes and H. Brown, JJ., concur.

Sweeney, Douglas and Wright, JJ., dissent.

**88-975.** Erieview Associates v. Cuyahoga Cty. Bd. of Revision. Appeal from the Board of Tax Appeals, No. 87-C-1305. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Holmes, Douglas and Wright, JJ., concur.

H. Brown, J., would grant the extension.

**88-998.** State, ex rel. Tele-Communications, Inc., v. McCormack. *Cuyahoga County.* Appeal from the Court of Appeals for Cuyahoga County, No. 54887. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

Moyer, C.J., Sweeney, Locher, Douglas, Wright and H. Brown, JJ., concur.

Holmes, J., dissents.